IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**DANNY WILLIAMS,**

    Plaintiff,

v.

**FUYAO GLASS ILLINOIS, INC.,**

    Defendant.

Case No. 2:25-cv-02332-CSB-EIL

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Fuyao Glass Illinois, Inc. ("FGI" or "Defendant"), by and through its attorneys, moves this Court for an extension of time, up to and including January 28, 2026, to file its responsive pleading to Plaintiff's Complaint. In support of its unopposed Motion, Defendant states as follows:

1. On May 30, 2025, Plaintiff filed a lawsuit in the Circuit Court of Macon County, Illinois, captioned *Danny Williams v. Fuyao Glass Illinois, Inc.*, Case No. 2025 CH 15. In the Complaint, Plaintiff claims Defendant violated Illinois' Biometric Information Privacy Act.

2. Defendant was served with the summons and Complaint on November 21, 2025.

3. On December 19, 2025, Defendant timely removed the case to this Court.

4. Under Fed. R. Civ. P. 41(c)(2)(C), Defendant's responsive pleading is currently due on December 29, 2025[1].

5. Defendant is in the process of evaluating Plaintiff's claims and allegations, but requires additional time to gather the necessary information, complete its investigation, and

---

[1] The original deadline for the filing date is December 26, 2025; however, this is a federal court holiday.

prepare its responsive pleading.

6. Accordingly, Defendant respectfully requests an extension of 30 days, up to and including January 28, 2026, to prepare and file its responsive pleading.

7. This is Defendant's first request for an extension of time in which to file its responsive pleading to Plaintiff's Complaint.

8. Defendant submits that this request for an extension of time is made in good faith, is not sought for the purpose of delay, and granting the requested extension will not unduly prejudice Plaintiff.

9. The undersigned counsel contacted counsel for Plaintiff regarding this extension requested in this Motion and has been authorized to represent that Plaintiff does not object to the entry of an Order granting the relief requested herein.

10. Plaintiff is the only other Party in this action, and therefore, all Parties have been conferred with regarding this extension and no Party objects to the relief requested herein.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion and extend the time for Defendant to file its responsive pleading to Plaintiff's Complaint, up to and including January 28, 2026, and for all other relief as this Court deems fair and just.

Dated: December 23, 2025

Respectfully submitted,

**FUYAO GLASS ILLINOIS, INC.**

By: */s/ Orly Henry*
One of Its Attorneys

Orly Henry, #6306153
*ohenry@littler.com*
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654

Telephone:    312.372.5520

Lillian T. Manning, #6332842
*lmanning@littler.com*
LITTLER MENDELSON, P.C.
600 Washington Ave., Suite 900
St. Louis, MO 63101
Telephone:    314.659.2000

## **CERTIFICATE OF SERVICE**

      Orly Henry, an attorney, hereby certifies that on December 23, 2025, she electronically filed the foregoing via the CM/ECF filing system with the United States District Court for the Central District of Illinois, which sent electronic notification of such filing to the following individuals:

Alexander Taylor
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
ataylor@sulaimanlaw.com

                                                    */s/ Orly Henry*
                                                   Orly Henry